■ In the Matter of DEBORAH W. POST, Appellant, v TOWN OF HUNTINGTON, Respondent, and CLASSIQUE CAR WASH OF NORTHPORT, LTD., Intervenor-Respondent. [640 NYS2d 789] —Appeal by the petitioner from a judgment of the Supreme Court, Suffolk County (Doyle, J.), entered March 3, 1995.

Ordered that the judgment is affirmed, with one bill of costs

to the respondent and the intervenor-respondent appearing separately and filing separate briefs, for reasons stated by Justice Doyle at the Supreme Court. Rosenblatt, J. P., Miller, O'Brien and McGinity, JJ., concur.